# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL E. JOHNSON,<br><br>        Plaintiff,<br><br>    vs.<br><br>DAVE DAVEY, et al.,<br><br>        Defendants. | Case No.: 1:17-cv-01257-LJO-BAM (PC)<br><br>Appeal No. 18-17160<br><br>ORDER DECLINING TO REVOKE IN FORMA PAUPERIS STATUS ON APPEAL<br><br>(Doc. No. 21) |

Plaintiff Darrell E. Johnson is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On October 11, 2018, the Court dismissed this action, with prejudice, for the failure to state a claim upon which relief may be granted. (Doc. No. 16.) Judgment was entered that same date. (Doc. No. 17.) On November 1, 2018, Plaintiff filed a notice of appeal. (Doc. No. 18), which was processed to the Ninth Circuit Court of Appeals, (Doc. No. 19).

On November 13, 2018, the Ninth Circuit Court of Appeals referred the matter back to this Court for the limited purpose of determining whether *in forma pauperis* status should continue for the appeal. 28 U.S.C. § 1915(a)(3). (Doc. No. 21.)

The Court has reviewed the record and Plaintiff's notice of appeal. However, the notice of appeal does not provide the grounds upon which Plaintiff will appeal, or any information as to the issue(s) he intends to raise. Based on the overall record, the Court is unable to determine whether this appeal is frivolous or taken in bad faith. *See* 28 U.S.C. § 1915(a)(3); *see also*

*Hooker v. American Airlines*, 302 F.3d 1091, 1092 (9th Cir. 2002) (revocation of *in forma pauperis* status is appropriate where district court finds the appeal to be frivolous).

Accordingly, the Court declines to revoke *in forma pauperis* status. The Clerk of the Court is directed to serve a copy of this order on the parties and on the United States Court of Appeals for the Ninth Circuit.

IT IS SO ORDERED.

Dated:     **November 16, 2018**          /s/ *Barbara A. McAuliffe*          
UNITED STATES MAGISTRATE JUDGE